**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 07-1134**

————————————

DAVID STANLEY,

                                  Plaintiff - Appellant,

      and

LAZARON VENTURES, INCORPORATED,

                                  Plaintiff,

      versus

GERALD LEE GRAY; PAUL DARRELL SMITH; J. ROBERT
STUMP; J. JACK KENNEDY, JR.; CAROLINE STEVENS;
COMMUNITY BASED CORRECTIONS; COUNTY OF WISE,
VIRGINIA, a public entity; GREGORY KALLEN;
BEHAVIORAL INTERVENTIONS, INCORPORATED;
ANTHONY E. COLLINS,

                              Defendants - Appellees.

————————————

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, Chief
District Judge.  (2:06-cv-00031-jpj)

————————————

Submitted:  July 25, 2007         Decided:  August 16, 2007

————————————

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

David Stanley, Appellant Pro Se. Carlene Booth Johnson, PERRY LAW FIRM, PC, Dillwyn, Virginia; Daniel Robert Bieger, COPELAND & BIEGER, PC, Abingdon, Virginia; George Walerian Chabalewski, James Van Ingold, James Christian Stuchell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Tarek F.M. Saad, HOLLAND & HART, LLP, Denver, Colorado; Michael Edward Anderson, MORRISON & FOERSTER, LLP, McLean, Virginia; Mark B. Wiletsky, HOLLAND & HART, Boulder, Colorado, for Appellees. Anthony E. Collins, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Kim Stanley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint, denying his motions to amend his complaint and to name defendant John Doe, and dismissing his state law claims without prejudice pursuant to 28 U.S.C. § 1367(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stanley v. Gray, No. 2:06-cv-00031-jpj (W.D. Va. Feb. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED